Date: 09/14/11                                                                                                              Page: 1

**DIVIDENDS REMITTED TO THE COURT**
Check Number 1013 Dated 09/14/11
Case Number 09-44769 - WIGEN, MONA JEAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000004 | 862.29 | 4.07 |
| **RELIANCE RECOVERIES**<br>**6160 SUMMIT AVE STE 420**<br>**BROOKLYN CENTER MN 55430** | 000011 | 571.89 | 2.70 |
| **Park Dental**<br>11269 Jefferson Highway<br>Champlin, MN 55316 | 000013 | 363.68 | 1.71 |
| ---------- Remittance Total ---------------- | | 1,797.86 | 8.48 |

*[signature]*
TIMOTHY D. MORATZKA, Trustee

COURTI                                                                                        Printed: 09/14/11 10:40 AM    Ver: 16.02b